IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTOPHER CIVITELLO,<br><br>    Plaintiff,<br><br>  v.<br><br>FIRST CREDIT OF AMERICA, INC., JOHN DOE, an individual, DOE ABC COMPANY, and DOES 3 through 20, inclusive,<br><br>    Defendants.<br>                                                            / | No. C 05-04944 WHA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court **GRANTS** plaintiff's *ex parte* request to continue the case management conference to **MARCH 23, 2006, AT 11:00 A.M.**  Plaintiff shall expeditiously serve this notice on defendants so that defendants will be fully represented at the case management conference. Please file a joint case management statement no later than **MARCH 17, 2006**.

**IT IS SO ORDERED.**

Dated: March 1, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE