IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTOPHER CIVITELLO,<br><br>    Plaintiff,<br><br>  v.<br><br>FIRST CREDIT OF AMERICA, LLC, JOHN DOE, an individual, DOE ABC COMPANY, and DOES 3 through 20, inclusive,<br><br>    Defendants.<br>_____ / | No. C 05-04944 WHA<br><br>**SECOND ORDER EXTENDING INITIAL DEADLINES, CONTINUING CASE MANAGEMENT CONFERENCE, AND GRANTING EXTENSION TO RESPOND TO SECOND AMENDED COMPLAINT** |

    The Court **GRANTS** the following continuances:

    1.    All initial disclosures deadlines, including ADR certification, and Rule 26(f) report deadlines, shall be extended to **MARCH 27, 2006**.

    2.    The case management conference is **CONTINUED** to **MARCH 30, 2006, AT 11:00 A.M.** Counsel must personally attend the case management conference. Please file a joint case management statement no later than **MARCH 27, 2006**.

    3.    Defendant may have to and including **APRIL 12, 2006**, within which to respond to the second amended complaint.

    **THERE SHALL BE NO FURTHER CONTINUANCES.**

    **IT IS SO ORDERED.**

Dated: March 22, 2006.

                                           WILLIAM ALSUP<br>                                           UNITED STATES DISTRICT JUDGE