1  Eric F. Fagan, #87071
2  LAW OFFICES OF ERIC F. FAGAN
   2220 Otay Lakes Rd. #502-84
3  Chula Vista, CA  91915
   Phone 619-656-6656 / Fax: 775-898-5471
4  Attorney for Plaintiff Christopher Civitello

5

6

7

8               UNITED STATES DISTRICT COURT
9                NORTHERN DISTRICT OF CALIFORNIA

10
    CHRISTOPHER CIVITELLO,            )
11                                    )
           Plaintiff,                 )
12                                    )
                                      )   Civil Case No.: C 05-04944 WHA
13  v.                                )
                                      )
14  1st CREDIT OF AMERICA, LLC.; JOHN )   STIPULATION AND ~~PROPOSED~~
    DOE, an individual, DOE ABC COMPANY; )  ORDER TO EXTEND THE
15  and DOES 3 through 20, inclusive; )   DISCOVERY CUT-OFF
                                      )
16                                    )
           Defendants                 )
17                                    )
                                      )
18  _____)

19     The non-expert discovery cut-off date is currently September 29, 2006; and there is good cause to
20  extend the non-expert discovery cut-off date. The extension is necessary for both parties to adequately
21  prepare for trial and increase the likelihood of settlement. Specifically, Plaintiff is in the process of
22  supplementing his responses to Defendant's document requests and represents that he will complete his
23  document production by October 3, 2006. Defendant has indicated that it may wish to conduct further
24  discovery once that production has been made.
25     Plaintiff has also requested production of documents and other information from Defendant which is
26  still forthcoming. Further, Plaintiff requires additional time to conduct the deposition of Defendant's 30(b)(6)
27  witness. Also, a document that raises questions about the money owed on the alleged debt that Defendant
28  sought to collect from Plaintiff has surfaced. This would require the deposition of a third party to

                                          1

                             STIPULATION TO EXTEND DISCOVERY

1. gain insight into the charges assessed and expunged. Extending the non-expert discovery cut-off will not
2. affect the current trial date of February 5, 2007.
3.
4.     THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the following parties in the
5. interests of justice that the discovery cut-off should be extended to November 3, 2006. The parties further
6. agree that faxed signatures are acceptable for purposes of this stipulation.
7. DATED: September 28, 2006

           Eric F. Fagan
           Attorney for Plaintiff

12. DATED: September 28, 2006

           Jeffrey A. Topor
           Attorney for Defendant 1st Credit of America

### ORDER

20.     Pursuant to the stipulation of the parties and good cause appearing therefore, the discovery cut-off is
21. extended to November 3, 2006. No further extensions will be granted. All other deadlines will remain unchanged.

23. IT IS SO ORDERED

25. Dated: October 11, 2006             _____
26.                                              Hon. William H. Alsup
                                             United States District Judge

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge William Alsup)