IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CIVITELLO,<br><br>    Plaintiff,<br><br>  v.<br><br>FIRST CREDIT OF AMERICA, INC., LLC, JOHN DOE, an individual, DOE ABC COMPANY, and DOES 3 through 20, inclusive,<br><br>    Defendants.<br>_____/ | No. C 05-04944 WHA<br><br>**ORDER RE DEFENDANT'S OBJECTIONS TO PLAINTIFF'S NOTICE OF DEPOSITION** |

    The Court is in receipt of defendant's objections to plaintiff's notice of taking deposition of non-party's designated representative(s). The objection is not a motion. The Court will ignore the objection and await the filing of a timely and proper motion.

**IT IS SO ORDERED.**

Dated: December 12, 2006.

                                                  WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE