TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
WINEBERG, SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3880
San Francisco, CA 94104-4811
Telephone: (415) 352-2200
Facsimile:   (415) 352-2222
tnarita@wsnlaw.com
jtopor@wsnlaw.com

Attorneys for Defendant
1st Credit of America LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CIVITELLO,<br><br>    Plaintiff,<br><br>vs.<br><br>1ST CREDIT OF AMERICA, LLC; JOHN DOE, an individual, DOE ABC COMPANY; and DOES 3 through 20, inclusive,<br><br>    Defendants. | CASE NO.: C05-04944 WHA<br><br>**[PROPOSED] ORDER PERMITTING DEFENDANT TO USE CERTAIN EQUIPMENT DURING JURY TRIAL AND TO BRING SUCH EQUIPMENT INTO THE COURTHOUSE**<br><br>Trial Date: February 7, 2007<br>Time:       7:30 a.m.<br>Ctrm:        9<br><br>The Honorable William H. Alsup |

1    Being that a jury trial is scheduled to begin in this matter on February 7,
2 2007, and being that a request has been made by defendant 1st Credit of America
3 to allow the use of a projector, speakers, a projection screen, a lap top computer,
4 extension cords, an easel, and a dry-erase board during said jury trial,

5    **IT IS HEREBY ORDERED** that the request to use said equipment during
6 the jury trial is GRANTED; and

7    **IT IS FURTHER ORDERED** that the Court hereby allows that said
8 equipment may be brought into the courthouse on February 6, 2007, for the
9 purpose of testing the equipment, and that said equipment may be brought into the
10 courthouse for the jury trial, commencing on February 7, 2007. Counsel is advised that the courtroom may be in use for other matters all day on February 6 and 7.

12 DATED: February 6, 2007:      BY: _____
13                                    Honorable William H. Alsup
                                      United States District Court Judge



---

CIVITELLO V. 1ST CREDIT OF AMERICA LLC, ET AL. (CASE NO. C05-04944 WHA)
[PRPOSED] ORDER FOR EQUIPMENT                                              2