1  Eric F. Fagan (SBN 87071)
2  Jeremy S. Golden (SBN 228007)
   LAW OFFICES OF ERIC F. FAGAN
3  2220 Otay Lakes Rd. #502-84
   Chula Vista, CA  91915
4  Phone 619-656-6656 / Fax: 775-898-5471
5  Attorney for Plaintiff CHRISTOPHER CIVITELLO

6
7
8
9              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
10

11 | CHRISTOPHER CIVITELLO        )
12 |                              )   Civil Case No.:  C 05-04944 WHA
   |         Plaintiffs           )
13 | v.                           )   [PROPOSED] ORDER PERMITTING
   |                              )   PLAINTIFF TO USE CERTAIN
14 | 1ST CREDIT OF AMERICA, LLC; JOHN )   EQUIPMENT DURING JURY TRIAL
15 | DOE, an individual, DOE ABC COMPANY; )   AND TO BRING SUCH EQUIPMENT
   | and DOES 3 through 20, inclusive;    )   INTO THE COURTHOUSE
16 |                              )
   |         Defendants           )   Trial Date:  February 7, 2007
17 |                              )   Time:        7:30 a.m.
                                  )   Ctrm:        9
18                                )
19                                )

20   IT IS HEREBY REQUESTED that in the jury trial in this matter commencing February 7, 2007 and
21 continuing from day to day until it is completed, that Plaintiff, by and through his counsel, be allowed to use
22 in this courtroom a laptop computer, projector and cell phone.
23   IT IS HEREBY ORDERED that the request to use said equipment during the jury trial is
24 GRANTED.
25
26 IT IS SO ORDERED.
27 DATED: _____February 6, 2007_____   BY: _____
                                          Honorable William H. Alsup
28                                        United States District Judge

                                    1

PLAINTIFF'S [PROPOSED] ORDER FOR EQUIPMENT