UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER CIVITELLO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>1ST CREDIT OF AMERICA, LLC, et al.,<br><br>Defendants. | CASE NO. C 05-04944 WHA<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING JANUARY 29, 2007, ORDER CONDITIONALLY GRANTING NON-PARTY VINDICIA, INC.'S MOTION TO QUASH SUBPOENA OR, IN THE ALTERNATIVE, FOR PROTECTIVE ORDER |

It is hereby stipulated, by and between the parties to this action and non-party Vindicia, Inc. ("Vindica"), through their respective counsel of record, as follows:

WHEREAS, this Court entered its Order Conditionally Granting Non-Party Vindicia, Inc.'s Motion To Quash Subpoena Or, In The Alternative, For Protective Order on January 29, 2007, conditionally ordering Mr. Marcus Segal ("Mr. Segal") to appear on behalf of Vindicia for testimony at the trial of this matter on February 9, 2007;

WHEREAS, this Court has continued the trial, with opening statements now set to commence on Monday, February 12, 2007;

IT IS HEREBY STIPULATED that Mr. Segal shall appear for testimony at trial in this matter on Monday, February 12, 2007, at 12:00 p.m. in lieu and instead of appearing on Friday,

DLA PIPER US LLP
EAST PALO ALTO

PA\10489874.1
354890-900100

-1-
STIPULATION AND [PROPOSED] ORDER RE TRIAL SUBPOENA
C 05-04944 WHA

February 9, 2007, at 7:30 a.m.

IT IS SO STIPULATED.

Dated: February 6, 2007

DLA PIPER US LLP

By _____
MARGARET A. CRAWFORD
Attorneys for Non-Party
VINDICIA, INC.

Dated: February 2007 _____, 2007

LAW OFFICES OF ERIC F. FAGAN

By _____
ERIC F. FAGAN
Attorneys for Plaintiff
CHRISTOPHER CIVITELLO

Dated: February 7, 2007

WINEBERG SIMMONDS & NARITA

By _____
TOMIO B. NARITA
Attorneys for Defendant
1ST CREDIT OF AMERICA, LLC

IT IS SO ORDERED.

Dated: February 6, 2007, 2007

_____
THE HONORABLE WILLIAM ALSUP
U.S. DISTRICT COURT

IT IS SO ORDERED
Judge William Alsup

PA\10489874.1
354890-900100

-2-
STIPULATION AND [PROPOSED] ORDER RE TRIAL SUBPOENA
C 05-04944 WHA

DLA PIPER US LLP
EAST PALO ALTO

February 9, 2007, at 7:30 a.m.

IT IS SO STIPULATED.

Dated: February __6__, 2007

**DLA PIPER US LLP**

By _____
MARGARET A. CRAWFORD
Attorneys for Non-Party
VINDICIA, INC.

Dated: February ~~2007~~ __6__, 2007

**LAW OFFICES OF ERIC F. FAGAN**

By _____
ERIC F. FAGAN
Attorneys for Plaintiff
CHRISTOPHER CIVITELLO

Dated: February _____, 2007

**WINEBERG SIMMONDS & NARITA**

By _____
TOMIO B. NARITA
Attorneys for Defendant
1ST CREDIT OF AMERICA, LLC

IT IS SO ORDERED.

Dated: _____, 2007

_____
THE HONORABLE WILLIAM ALSUP
U.S. DISTRICT COURT

PA\10489874.1
354890-900100

-2-
STIPULATION AND [PROPOSED] ORDER RE TRIAL SUBPOENA
C 05-04944 WHA

DLA PIPER US LLP
EAST PALO ALTO