**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER CIVITELLO,            No. C 05-04944 WHA

    Plaintiff,                            **ORDER TO JURY COMMISSIONER**

  v.

1ST CREDIT OF AMERICA, INC.,

    Defendant.
                                       /

    IT IS HEREBY ORDERED that the United Sates District Court Jury Commissioner shall furnish daily refreshments for the members of the jury in the above-entitled matter and during the deliberation lunch shall be furnished for the members of the jury at the expense of the United States District Court Jury Commissioner.

Dated: February 13, 2007

                                                     WILLIAM ALSUP
                                                     UNITED STATES DISTRICT JUDGE