**United States District Court**
For the Northern District of California

1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10  CHRISTOPHER CIVITELLO,                          No. C 05-04944 WHA
11          Plaintiff,
12    v.                                            **ORDER DENYING**
                                                    **REQUEST FOR STAY**
13   FIRST CREDIT OF AMERICA, INC.,
14          Defendant.
15  _____/

16          To the extent defendant's counsel requests a stay of proceedings prior to resolution of

17  the pending motion to withdraw as counsel, the request is **DENIED**.  The motion will be heard as

18  scheduled on May 17, 2007.  All existing deadlines remain in effect.

19

20          **IT IS SO ORDERED.**

21

22  Dated:  April 19, 2007.

23                                                  WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE
24
25
26
27
28