**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CIVITELLO,<br><br>  Plaintiff,<br><br>  v.<br><br>1ST CREDIT OF AMERICA, LLC,<br><br>  Defendant.<br>  ／ | No. C 05-04944 WHA<br><br>**ORDER RE HEARING ON<br>MOTION TO WITHDRAW** |

    The owner or another appropriate corporate representative of 1st Credit must appear at the hearing currently scheduled for **8:00 A.M.** on **MAY 17, 2007.**

    **IT IS SO ORDERED.**

Dated: May 14, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE